IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RANDY TINNIN, | Civil File No. 09-00129-HFS |
| Plaintiff, | |
| vs. | STIPULATION OF DISMISSAL WITH PREJUDICE |
| WEST ASSET MANAGEMENT, INC., | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff Randy Tinnin, and the defendant, West Asset Management, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, with prejudice, each side to bear its own costs and attorneys fees.

Respectfully submitted,

Dated: 04/09/09

By /s/ J. Mark Meinhardt
J. Mark Meinhardt, #53501
4707 College Boulevard, Suite 100
Leawood, KS 66211
(913) 451-9797
(913) 451-6163 (fax)
ATTORNEY FOR PLAINTIFF

Dated: _____

By s/Richmond M. Enochs
Richmond M. Enochs
Wallace, Saunders, Austin, Brown & Enochs
10111 West 8th St.
Overland Park, KS 66212
(913) 888-1000
(913) 888-1065 (fax)
ATTORNEY FOR DEFENDANT