IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

RANDY TINNIN, )
)
    Plaintiff, )
)
v. ) Case No. 09-0129-CV-W-HFS
)
WEST ASSET MANAGEMENT, INC., )
)
    Defendant. )

**ORDER**

Plaintiff and defendant have filed a stipulation of dismissal with prejudice. The requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) are satisfied, and it is therefore

ORDERED that the above action shall be dismissed with prejudice, with each party to bear its owns costs.

                                  /s/ Howard F. Sachs
                                HOWARD F. SACHS
                                UNITED STATES DISTRICT JUDGE

April  20 , 2009

Kansas City, Missouri